FILED

08/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0151

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 24-0151

SCOTT LARSEN AND KAREN )
LARSEN, )
        Plaintiffs and Appellants, )   **ORDER**
                 )
        v. )
                 )
KEITH SAYERS AND DANIELLE )
SAYERS, )
        Defendants and Appellees. )
                 )

Pursuant to Appellants' motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellants are granted an extension of time up to and including **September 10, 2024**, in which to file their reply brief in this matter.

No further extensions will be granted.

**ELECTRONICALLY SIGNED AND DATED BELOW**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 20 2024